■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LARGUE, Appellant. [896 NYS2d 877]—Appeal by the defendant from a judgment of the County Court, Nassau County (Peck, J.), rendered February 7, 2008, convicting him of grand larceny in the second degree and conspiracy in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Santucci, Dickerson, Belen and Austin, JJ., concur.